

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2022

No. 04-22-00066-CV

**IN THE INTEREST OF J.A.J.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00153
Honorable Charles E. Montemayor, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she is presumed indigent under Texas Family Code section 107.013(e).

It is so **ORDERED** on March 23, 2022.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2022.

_____
Michael A. Cruz, Clerk of Court